# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| | | |
|---|---|---|
| **1. Person Reporting (last name, first, middle initial)**<br><br>Arcara, Richard J. | **2. Court or Organization**<br><br>U.S. District Court W.D.N.Y. | **3. Date of Report**<br><br>7/12/2021 |
| **4. Title (Article III judges indicate active or senior status;** magistrate judges indicate full- or part-time)<br><br>U.S. District Judge | **5a. Report Type (check appropriate type)**<br><br>☐ Nomination　　Date<br>☐ Initial　　✔ Annual　　☐ Final<br><br>**5b.** ☐　Amended Report | **6. Reporting Period**<br><br>01/01/2020<br>**to**<br>12/31/2020 |
| **7. Chambers or Office Address**<br><br>2 Niagara Square<br>Buffalo, New York 14202 | | |
| *IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.* | | |

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

✔ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Arcara, Richard J. | 7/12/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | Health Now New York, Inc Board Member - Stipend |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Arcara, Richard J. | 7/12/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔     NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔     NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Arcara, Richard J. | 7/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. RBC Branch Sweep Program | A | Interest | N | T | | | | | |
| 2. RBC Branch Sweep Program | A | Interest | J | T | | | | | |
| 3. RBC Branch Sweep Program - Y | | None | J | T | | | | | |
| 4. RBC Wealth Management Cash | | None | J | T | | | | | |
| 5. Alcoa Inc. p/c 04/06/20 (formerly)Alcoa Inc OID Callable 01/15/21) | A | Interest | K | T | Redeemed (part) | 04/06/20 | J | | |
| 6. Alger Small Cap Focus Fund CL A | | None | J | T | | | | | |
| 7. Allianzgi NFJ Dividend Value FD CL A | A | Dividend | K | T | | | | | |
| 8. Ally BK Midvale Utah C/D FDIC Ins to Limits | A | Interest | K | T | | | | | |
| 9. Annaly Capital Management Inc 6.50 SRS | B | Dividend | K | T | | | | | |
| 10. Annaly Capital Management Inc 6.95 SRS | B | Dividend | K | T | | | | | |
| 11. Alternative Loan Trust MTGPC Series | A | Interest | J | T | | | | | |
| 12. AT&T Inc 5.350 Global Notes due 2066 | B | Interest | K | T | | | | | |
| 13. Bank of America Corp | A | Dividend | K | T | | | | | |
| 14. Bank of America Corp 5.00% Dep Shrs callable 9/17/24 | B | Dividend | K | T | | | | | |
| 15. Bank of America Corp 6.5% Shs REPSTG | A | Dividend | | | Redeemed | 01/27/20 | K | | |
| 16. Bank of America Corp 6.5% Shs REPSTG | A | Dividend | | | Redeemed | 01/27/20 | J | | |
| 17. Bank of America FDG Corp Series 2007-2 Class 1A7 | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Arcara, Richard J.** | 7/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | Bank of American Fund Corp Ser 2007-2 CL TA1B | A | Interest | J | T | | | | | |
| 19. | Bank of America FNDG Corp TR Series 2007-5 Class CA4 | B | Interest | K | T | | | | | |
| 20. | Blackrock Capital Allocation Trust Common Shares of Bene Int | A | Dividend | K | T | Buy | 09/29/20 | K | | |
| 21. | Blackrock Enhanced Int'l Div Trust | B | Dividend | K | T | | | | | |
| 22. | Blackrock Global Alloc Fd CI A(was BlackRock Global Alloc Fd Inc CL C) | C | Dividend | L | T | | | | | |
| 23. | BlackRock Global Alloc Fd Inc Cl C (was Blackrock Global FD Inc CL C) | A | Dividend | J | T | | | | | |
| 24. | BlackRock Health Sciences Trust II Com | C | Dividend | L | T | Buy | 01/29/20 | K | | |
| 25. | BlackRock Health Sciences Trust II Com | A | Dividend | J | T | Buy | 01/29/20 | J | | |
| 26. | Blackrock Multi Sector Income | C | Dividend | K | T | | | | | |
| 27. | BlackRock NY Muni Income | A | Dividend | J | T | | | | | |
| 28. | CHL Mortgage Pass Through 2006-15 | A | Interest | J | T | | | | | |
| 29. | CHL Mortgage Pass Through 2006-J4 | A | Interest | J | T | | | | | |
| 30. | CHL Mortgage Pass Through 2006-16 | A | Interest | J | T | | | | | |
| 31. | CHL Mortgage Pass Through 2007-3 | A | Interest | J | T | | | | | |
| 32. | Citigroup Coml Mtg Ser 2008-C7 Class AJ | A | Interest | J | T | | | | | |
| 33. | Citigroup Commercial Mort Tr MTGPC Ser 2006-C5 A-J Fixed | A | Interest | J | T | | | | | |
| 34. | Citigroup Inc. 6.875% ser K | B | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Arcara, Richard J. | 7/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. CitiMortgage Alt. Loan Trust Series 2006-A4 | A | Interest | J | T | | | | | |
| 36. Clearbride Value Trust Class A( was Clearbride Value Trust Class C) | C | Dividend | L | T | | | | | |
| 37. Clearbridge MLP and Midstream Total Return Fund | B | Dividend | J | T | | | | | |
| 38. Cohen & Steers MLP Income & Energy Opportunity FD Inc | B | Dividend | K | T | | | | | |
| 39. Cohen & Steers Tax Advantaged Pref Securities and Income Fund | A | Dividend | J | T | Buy | 10/28/20 | J | | |
| 40. Cohen & Steers Tax Advantaged Pref Securities and Income Fund | | None | J | T | Buy | 10/28/20 | J | | |
| 41. CSMC Mortgage Backed Trust MTGPC/ Series 2006-9 2-A-1 Fixed Rt | A | Interest | J | T | | | | | |
| 42. Delta Air Lines Del OID 12/15/25 | | None | K | T | Buy | 06/30/20 | K | | |
| 43. Doubleline Income Solutions FD | C | Dividend | K | T | | | | | |
| 44. Doubleline Income Solutions FD | A | Dividend | J | T | | | | | |
| 45. Duke Energy Corporation 5.125% Jr Sub Debentures | B | Interest | K | T | | | | | |
| 46. Duke Energy Corporation 5.625% Jr Sub Debentures | B | Dividend | K | T | | | | | |
| 47. Eaton Vance Fltng RT 2022 Trgt Trm TR | B | Dividend | K | T | | | | | |
| 48. Eaton Vance Fltng RT 2002 Trgt Trm TR | B | Dividend | K | T | | | | | |
| 49. Eaton Vance Floating Rate Income Plus Fund | A | Dividend | J | T | | | | | |
| 50. Eton Vance Floating Rate Income Plus Fund | B | Dividend | K | T | | | | | |
| 51. Eaton Vance Grwth TR Atlanta Cap Select CL A | B | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Arcara, Richard J.** | 7/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | Eaton Vance High Income 2021 Target Term TR Com SH | B | Dividend | K | T | | | | | |
| 53. | Eaton Vance Tax-Managed Glbl Diversified Equity Income Fd | C | Dividend | K | T | | | | | |
| 54. | Eaton Vance Mut FDS TR FLTG Rate Advantage | B | Dividend | K | T | | | | | |
| 55. | Euro Pac Growth Fund CL F1 (was Euro Pac Growth Fund CL C) | | None | | | Sold | 05/13/20 | K | C | |
| 56. | Euro Pacific Growth Fund CI. A | A | Dividend | K | T | | | | | |
| 57. | Federal Home Loan Mtg Corp Ser 4604 Cl CD | A | Interest | K | T | | | | | |
| 58. | Federal Home Loan Mtg Corp Ser 5000 CL HU | A | Interest | K | T | Buy | 07/28/20 | K | | |
| 59. | Federal Nation Meeting Assn 2013-41 | A | Interest | | | Redeemed | 12/28/20 | J | A | |
| 60. | Federal National MTG Assn Ser 2017-11-CL CA | A | Interest | | | Redeemed | 08/25/20 | J | | |
| 61. | Federated Hermes Intl Equity CI A (was Federated Advisor Ser Intl Equi | A | Dividend | K | T | Sold (part) | 06/30/20 | J | | |
| 62. | Fidelity Adv New Insights CL A | D | Dividend | | | Sold | 08/20/20 | K | E | |
| 63. | Fidelity Adv New Insights Fd Cl A | D | Dividend | L | T | | | | | |
| 64. | Fidelity Adv New Insights Fd Cl A | B | Dividend | J | T | | | | | |
| 65. | Fidelity Advisor New Insights Fd CI A | A | Dividend | J | T | | | | | |
| 66. | Fidelity Adv New Insights Cl C | A | Dividend | K | T | | | | | |
| 67. | Fidelity Adv New Insights Fd Cl C | B | Dividend | J | T | | | | | |
| 68. | First TR MLP & Energy Income Fund | B | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Arcara, Richard J. | 7/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. First Trust Intermediate Duration Preferred & Income FD | B | Dividend | K | T | | | | | |
| 70. First Trust Intermediate Duration Preferred & Income Fd | B | Dividend | K | T | | | | | |
| 71. FHLMC REMIC Series 4588 LZ | A | Interest | | | Redeemed | 10/15/20 | J | | |
| 72. FNMA REMIC Trust 2016-39 CA | A | Interest | K | T | | | | | |
| 73. Ford Motor Company 6.20% Notes Due 2059 callable 06/01/24 | B | Interest | K | T | | | | | |
| 74. Ford Motor Company 6.0%Notes Due 2059 callable 12/1/24 | B | Interest | K | T | | | | | |
| 75. Ford Motor Credit Company FR 3.7% 082024 callable 8/20/20 | A | Interest | K | T | | | | | |
| 76. GNMA REMIC Trust 2016-170A | A | Interest | | | Redeemed | 07/20/20 | J | | |
| 77. Goldman Sachs HY Fund CI.A | B | Dividend | K | T | | | | | |
| 78. GOV'T Nat'l Mtge Assoc 2012-96 CLYG | A | Interest | J | T | | | | | |
| 79. Gov't Nat'l Mtg Assn Ser 2012-074 CL MB | A | Interest | J | T | | | | | |
| 80. Gov't Nat'l Mtg Assn Ser 2012-136 CI Ba | A | Interest | J | T | Buy | 04/15/20 | K | | |
| 81. Gov't Nat'l Mtg Assn Ser 2016-160 CL UB | A | Interest | K | T | | | | | |
| 82. Gov't Nat'l Mtg Assn Ser 2017-149 CL A | A | Interest | J | T | | | | | |
| 83. GS MTG Secs Corp Series 2006-2F Class 2A6 | A | Interest | J | T | | | | | |
| 84. Hotchkis & Wiley FDS Mid Cap Value Fd CI I | A | Dividend | J | T | | | | | |
| 85. Hotchkis & Wiley Funds Mid Cap Value FD CL A | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Arcara, Richard J.** | 7/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. | Icahn Enterprises LP/Corp SR Glbl NT 22 Callable 02/01/22 | A | Interest | | | Redeemed | 02/03/20 | K | | |
| 87. | Invesco Value Opportunities Class A | A | Dividend | K | T | | | | | |
| 88. | Invesco Charter Fund CI A | B | Dividend | J | T | | | | | |
| 89. | Invesco Trust for Investment | A | Dividend | J | T | | | | | |
| 90. | Ivy Asset Strategy Fd CI A | B | Dividend | L | T | | | | | |
| 91. | Ivy Fds Asset Strategy CI A | B | Dividend | K | T | | | | | |
| 92. | Ivy FDS Large Cap growth FdCI A (IVY FDS Inc. Large Cap Growth Fd CI C | A | Dividend | J | T | | | | | |
| 93. | Ivy FDS Large Cap Growth FdCI A (IVY FDS Inc. Large Cap Growth Fd CI C | B | Dividend | K | T | | | | | |
| 94. | Janus Invt FD Henderson Multisector Income FD A | B | Dividend | K | T | | | | | |
| 95. | John Hancock Financial Opportunity Fund | B | Dividend | K | T | Buy | 06/26/20 | K | | |
| 96. | JP Morgan TrustnSeries 2007-S1 | A | Interest | J | T | | | | | |
| 97. | JP Morgan Chase & Co Dep Shs Each REPSTG A 6.0% callable 3/1/24 | B | Dividend | K | T | | | | | |
| 98. | JP Morgan Chase Commercial Mortgage Secumtgpc/Series 2006 | A | Dividend | J | T | | | | | |
| 99. | KeyCorp New | A | Dividend | K | T | Buy | 05/13/20 | J | | |
| 100. | Kinetics Paradigm Fund Adv CI A | A | Dividend | K | T | | | | | |
| 101. | Kinetics Paradigm Fund Advisor CI C | A | Dividend | K | T | | | | | |
| 102. | KKR & Co LP 6.75% Series A Preferred Units | B | Dividend | K | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Arcara, Richard J.** | 7/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. Lehman Mortgage Trust Series 2007-10 | B | Interest | J | T | | | | | |
| 104. Locorr Invt TR Spectrum Income FD CL A | B | Dividend | K | T | | | | | |
| 105. M&T Bank Corp | C | Dividend | M | T | | | | | |
| 106. Merck & Co Inc | B | Dividend | L | T | | | | | |
| 107. Morgan Stanley Mortgage Loan Tr Series 2006-11 2-A-1 Fixed RT | A | Interest | J | T | | | | | |
| 108. National Fuel Gas Co | A | Dividend | K | T | | | | | |
| 109. New Perspective Fund IncCl. A | A | Dividend | K | T | | | | | |
| 110. Nuveen Corporate Income Nov 2021 Taget Term Fund | B | Dividend | K | T | | | | | |
| 111. Nuveen CR Opportunities 2022 TRGT Term FD | B | Dividend | K | T | | | | | |
| 112. .Nuveen High Income 2020 Target Term Fund | A | Dividend | | | Sold | 11/02/20 | K | | |
| 113. Nuveen High Income 2023 Target Term Fund | B | Dividend | K | T | | | | | |
| 114. Nuveen Credit Strategies Inc Fund | C | Dividend | K | T | Buy | 03/10/20 | J | | |
| 115. Nuveen Municipal Credit Opport Fund Common | A | Dividend | J | T | | | | | |
| 116. Nuveen Municipal Credit Opport Fund Common | C | Dividend | K | T | | | | | |
| 117. PGIM Jennison Growth Fund Class A | D | Dividend | M | T | Sold (part) | 08/20/20 | K | | |
| 118. PGIM Jennison 20/20 Focus Fund CI C | B | Dividend | K | T | | | | | |
| 119. Proctor & Gamble | A | Dividend | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Arcara, Richard J. | 7/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. Prospect Cap Corp FR 4.75% callable 1/31/19 | B | Interest | K | T | | | | | |
| 121. Prospect Cap Corp 6.875% due 2029 Callable 12/15/21 | B | Interest | K | T | | | | | |
| 122. QVC Inc. 6.25% Senior Secured Notes due 2068 | B | Dividend | K | T | | | | | |
| 123. Qwest Corporation 6.5% SR Notes due 2056 | B | Interest | K | T | | | | | |
| 124. Residential Accredit LNS Inc CL A-5 | A | Interest | J | T | | | | | |
| 125. Residential Accredit LNS Inc CL I-A-5 | A | Interest | J | T | | | | | |
| 126. Royce Fd Total Return Fd Consultant | B | Dividend | J | T | Sold (part) | 07/21/20 | L | | |
| 127. Royce Fund - PAMutual Fund Consultant CL | A | Dividend | J | T | | | | | |
| 128. Royce Fund - PAMutual Fund Consultant CI | B | Dividend | K | T | | | | | |
| 129. SLM Corp endnotes 4% 12/08, thereafter 6.75% Callable 01/21/17 | A | Interest | | | Redeemed | 02/28/20 | J | | |
| 130. Southern Company (The) SER 2015A 6.25% JNR Subordntd | B | Interest | | | Redeemed | 10/20/20 | K | | |
| 131. Southern Company (The) SER 2015A 6.25% JNR Subordntd | B | Interest | | | Redeemed | 10/20/20 | J | | |
| 132. Templeton Foreign Fd CI A | A | Dividend | K | T | | | | | |
| 133. Thornburg Intl Value Fund CI. A | A | Dividend | K | T | | | | | |
| 134. Triton International LTD 6.875% Series D 3/15/25 | B | Dividend | K | T | Buy | 01/17/20 | K | | |
| 135. Trst for Advised Port Miller Opport TR CL A | | None | L | T | | | | | |
| 136. Trst for Advised Port Miller Opport TR CL A | | None | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Arcara, Richard J.** | 7/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137. Trst for Advised Port Miller Opport TR CI A (formerly TR CL C) | | None | J | T | | | | | |
| 138. Trst for Advised Port Miller Opport TR CL C | | None | J | T | | | | | |
| 139. Trst for Advised Port Miller Opport TR CL C | | None | K | T | | | | | |
| 140. UIT AAM High 50 Divid Strategy Portfolio Ser 2019-1Q Reinvest | A | Dividend | | | Redeemed | 06/15/20 | K | | |
| 141. UIT AAM 50 Divid Strategy Port Ser 2020-2Q Reinvest | A | Dividend | J | T | Buy | 06/12/20 | K | | |
| 142. UIT AAM Tactical Income CLosed Ser 2018-2 | A | Dividend | | | Redeemed | 05/11/20 | K | | |
| 143. UIT FT AAmem Recovert Prtfolio Ser Semi Annual Reinvest 9/13/2022 | A | Dividend | J | T | Buy | 05/08/20 | K | | |
| 144. United States Cellular Corp 7.25% Sr. Notes (x) | B | Interest | K | T | | | | | |
| 145. Wells Fargo & Company 5.7% Dep Shs Rep 1/1000th Int | B | Dividend | K | T | | | | | |
| 146. Wells Fargo & Company 6% Dep Shs REPSTG 1/1000th INT | A | Dividend | | | Redeemed | 12/15/20 | K | | |
| 147. Western Asset High Yield Defined Opportunity Fd | B | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Arcara, Richard J. | 7/12/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Arcara, Richard J. | 7/12/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Richard J. Arcara**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544